# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, | No. 3:16-CV-00451 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ANGELA R. DUVALL, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 7, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Thomas' motion for sanctions (Doc. 107) is **DENIED**; and

2. Briefing on Defendants' motion to disqualify counsel shall resume in accordance with this Court's April 17, 2020 Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge