IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, | No. 3:16-CV-00451 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ANGELA R. DUVALL, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 17, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to disqualify Sawicki as counsel at trial (Doc. 100) is conditionally **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge