IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, | No. 3:16-CV-00451 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ANGELA R. DUVALL, *et al.*, | |
| Defendants. | |

## ORDER

**APRIL 1, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Thomas' motion for judgment on the pleadings (Doc. 129) is **DENIED**; and

2. The Court will, by separate Order, schedule a conference with the parties where this matter will be scheduled for trial or referred for mediation.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge