IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA R. DUVALL, *et al.*,<br><br>Defendants. | No. 3:16-CV-00451<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 10, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Thomas' motion *in limine* seeking to exclude evidence related to the facts underlying his prior conviction (Doc. 146) is **GRANTED**;

2. Thomas' motion *in limine* seeking to introduce the deposition testimony of Marianne Sawicki (Doc. 148) is **DENIED** as moot; and

3. Thomas' motion *in limine* seeking to exclude evidence of Defendants' reason for taking certain actions (Doc. 150) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge