IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, | No. 3:16-CV-00451 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ANGELA R. DUVALL, *et al.*, | |
| Defendants. | |

# ORDER

**APRIL 6, 2022**

In accordance with the accompanying Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED** that:

1. Final judgment is entered in favor of Defendants and against Thomas as to all remaining claims; and

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge