# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL LUIS THOMAS,                     :    No. 3:16-CV-451
                                       :
            Plaintiff,                 :   (Judge Brann)
                                       :
       vs.                             :
                                       :
ANGELA R. DUVALL, et al.,              :
                                       :
       Defendants.                     :

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($_____ ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER: final judgment is entered in favor of Defendants and against Thomas as to all remaining claims.

This action was:

____ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to 4/7/2022 Findings of Fact and Order dated 4/7/2022.


Dated: 4/7/20221          Peter Welsh, Clerk of Court
                                By: s/Lisa A. Gonsalves, deputy